UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:08-cv-00155

Name of party requesting extension: Blockbuster Inc.

Is this the first application for extension of time in this case?

☑ Yes
☐ No
☐ Second
☐ Third
☐ Other _____

If no, please indicate which application this represents:

Date of Service of Summons: 04-15-08

Number of days requested:
☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 06-04-08    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Michael L. Raiff
State Bar No.: 00784803
Firm Name: Vinson & Elkins L.L.P.
Address: 2001 Ross Avenue, Suite 3700
          Dallas, TX 75201-2975

Phone: 214.220.7705
Fax: 214.999.7705
Email: mraiff@velaw.com

A certificate of conference does not need to be filed with this unopposed application.

This case is subject to a mandatory agreement to arbitrate and must be individually arbitrated. Blockbuster makes this application subject to and without waiving its agreement to arbitrate and any objections to venue it may have.