IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| CATHRYN ELAINE HARRIS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br>Plaintiffs,<br><br>v.<br><br>BLOCKBUSTER, INC.,<br>Defendant. | CAUSE NO. 2:08-CV-00155<br>(Judge T. John Ward) |

### NOTICE OF APPEARANCE BY J. MARK MANN

TO THE HONORABLE COURT AND ALL PARTIES:

Undersigned counsel makes a formal entry of appearance in the above-styled and numbered cause for Plaintiff **CATHRYN ELAINE HARRIS**, on behalf of herself and all others similarly situated. Undersigned counsel requests a copy of all pleadings, discovery, correspondence, and orders. Thomas M. Corea remains as Lead Counsel for Plaintiffs.

Respectfully submitted,

**THE MANN FIRM**
300 West Main Street
Henderson, Texas 75652
903/657-8540; FAX 903/657-6003

By: _____
J. Mark Mann
State Bar No. 12926150
G. Blake Thompson
State Bar No. 24042033

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record through electronic notice provided by the United States District Court for the Eastern District of Texas under LOC. R. E.D. TEX. 5(a)(3)(A) on this the 9th day of May, 2008.

_____
J. Mark Mann

*Notice of Appearance by*
*J. Mark Mann*

Page 2 of 2