IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CATHRYN ELAINE HARRIS, § <br> MARIO HERRERA, and MARYAM § <br> HOSSEINY on behalf of themselves and § <br> all others similarly situated, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> BLOCKBUSTER INC. § <br> § <br> Defendant. § | CIVIL ACTION NO. 2:08-cv-00155 |

**RULE 7.1 DISCLOSURE STATMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Blockbuster Inc., a non-governmental corporate party, certifies that Blockbuster Inc. is a Delaware corporation headquartered in Dallas, Texas. Blockbuster Inc. does not have a parent corporation, and no publicly-held corporation owns 10% or more of its own stock.

Respectfully submitted,

/s/ Michael L. Raiff
Michael L. Raiff
  State Bar No. 00784803
Frank C. Brame
  State Bar No. 24031874
Vinson & Elkins L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201
214.220.7705
214.999.7705 (fax)
mraiff@velaw.com

*ATTORNEYS FOR DEFENDANT BLOCKBUSTER INC.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Rule 7.1 Disclosure Statement was served by ECF on the 17th day of June, 2008 on counsel of record for Plaintiffs.

/s/ Michael L. Raiff
Michael L. Raiff

Dallas 1415439v.1