**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CATHRYN ELAINE HARRIS, MARIO HERRERA, and MARYAM HOSSEINY on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BLOCKBUSTER INC. <br><br> Defendant. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:08-cv-00155 |

## ORDER GRANTING BLOCKBUSTER'S MOTION TO TRANSFER VENUE

On this day, the Court considered Defendant Blockbuster Inc.'s ("Blockbuster") Motion to Transfer Venue together with the supporting affidavits and documentation. Having reviewed the Motion, the responses, and all of the attached materials, pleadings, and papers, and the arguments of counsel, the Court finds that the Motion is well taken and should be GRANTED. It is therefore ORDERED, ADJUDGED, AND DECREED:

1. Blockbuster's Motion to Transfer Venue is GRANTED.

*2.* This action shall be transferred to the Dallas Division of the United States District Court for the Northern District of Texas.