# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CATHRYN ELAINE HARRIS, § <br> MARIO HERRERA, and MARYAM § <br> HOSSEINY on behalf of themselves and § <br> all others similarly situated, § <br> § <br>                 Plaintiffs, § <br> § <br> v. § <br> § <br> BLOCKBUSTER INC. § <br> § <br>                 Defendant. § | CIVIL ACTION NO. 2:08-cv-00155 |

## ORDER GRANTING BLOCKBUSTER'S MOTION
## TO COMPEL INDIVIDUAL ARBITRATION

Before the Court is Defendant Blockbuster Inc.'s ("Blockbuster's") Motion to Compel Individual Arbitration together with the supporting affidavits and documentation. Having reviewed the Motion, the responses, and all of the attached materials, pleadings, and papers, and the arguments of counsel, the Court finds that the Motion is well taken and should be GRANTED. It is therefore ORDERED, ADJUDGED, AND DECREED:

    1.     Blockbuster's Motion to Compel Individual Arbitration is hereby GRANTED.

Dallas 1438075v.1