IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CATHRYN ELAINE HARRIS, MARIO HERRERA, and MARYAM HOSSEINY on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>BLOCKBUSTER INC.<br><br>               Defendant. | CIVIL ACTION NO. 2:08-cv-00155 |

**AGREED MOTION FOR BRIEFING SCHEDULE**

Plaintiffs Cathryn Elaine Harris, Mario Herrera, and Maryam Hosseiny, and Defendant Blockbuster Inc. respectfully submit the following Agreed Motion For Briefing Schedule and would show the Court as follows:

Defendant has filed a Motion to Compel Individual Arbitration. The parties request that the Court extend the time for Plaintiffs to file their Response to said Motion until September 5, 2008. The parties further request that the Court extend the time for Defendant to file its Reply until September 19, 2008. Any sur-replies will be filed in accordance with the Local Rules of this Court. By this Motion, the parties request that the Court enter an order extending these deadlines and setting the above briefing schedule.

This motion is not for purposes of delay but so that justice may be done.

1

Respectfully submitted,

/s/Jeremy Wilson
Thomas M. Corea
   State Bar No. 24037906
Jeremy Reade Wilson
   State Bar No. 24037722
Preston J. Dugas III
   State Bar No. 24050189
THE COREA FIRM, PLLC
325 North St. Paul, Suite 4150
Dallas, TX 75201
Telephone: 214.953.3900
Facsimile: 214.953.3901

*ATTORNEYS FOR PLAINTIFFS*

/s/ Michael Raiff          /
Michael L. Raiff
   State Bar No. 00784803
Frank C. Brame
   State Bar No. 24031874
VINSON & ELKINS L.L.P.
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Telephone: 214.220.7700
Facsimile: 214.220.7716

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Agreed Motion for Briefing Schedule was served by ECF on the 14th day of August, 2008 on all counsel of record.

/Jeremy R. Wilson/
Jeremy R. Wilson

Dallas 1443728v.1