IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CATHRYN ELAINE HARRIS, MARIO HERRERA, and MARYAM HOSSEINY on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>v.<br><br>BLOCKBUSTER INC.<br><br>                     Defendant. | CIVIL ACTION NO. 2:08-cv-00155 |

**ORDER GRANTING AGREED MOTION FOR BRIEFING SCHEDULE**

Before the Court is the parties' Agreed Motion For Briefing Schedule. Having reviewed the Motion, the Court finds that the Motion is well taken and should be GRANTED. It is therefore ORDERED, ADJUDGED, AND DECREED:

1. Plaintiffs' Response to Defendant's Motion to Compel Individual Arbitration shall be filed no later than September 5, 2008.

2. Defendant's Reply to Plaintiffs' Response to Defendant's Motion to Compel Individual Arbitration shall be filed no later than September 19, 2008.

3. Any sur-replies will be filed in accordance with the Local Rules of this Court.

Dallas 1443742v.1