## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

CATHRYN ELAINE HARRIS,            §
MARIO HERRERA, and MARYAM         §
HOSSEINY on behalf of themselves and §
all others similarly situated,          §
                                  §
                    Plaintiffs,   §
                                  §        CIVIL ACTION NO. 2:08-cv-00155
v.                                §
                                  §
BLOCKBUSTER INC.                  §
                                  §
                    Defendant.    §

### AGREED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

Plaintiffs Cathryn Elaine Harris, Mario Herrera, and Maryam Hosseiny, and Defendant Blockbuster Inc. respectfully submit the following Agreed Motion For Leave to Exceed Page Limitations and would show the Court as follows:

Defendant has filed a Motion to Compel Individual Arbitration and Plaintiffs have filed a Response thereto. The parties request, pursuant to Local Rule CV-7(l), that the Court permit Defendant to file a Reply brief and Plaintiffs to file a Surreply Brief that exceeds the page limitations set forth in Local Rule CV-7(a)(2). Specifically, the parties request that this Court grant leave for Defendant to file a Reply brief and Plaintiffs to file a Surreply Brief that contain up to, but do not exceed ten pages, excluding attachments.

1

Respectfully submitted,


 /s/Jeremy Wilson w/permission Frank C. Brame       /s/ Frank C. Brame
Thomas M. Corea                            Michael L. Raiff
   State Bar No. 24037906                     State Bar No. 00784803
Jeremy Reade Wilson                        Frank C. Brame
   State Bar No. 24037722                     State Bar No. 24031874
Preston J. Dugas III                       VINSON & ELKINS L.L.P.
   State Bar No. 24050189                  Trammell Crow Center
THE COREA FIRM, PLLC                        2001 Ross Avenue, Suite 3700
325 North St. Paul, Suite 4150             Dallas, TX  75201-2975
Dallas, TX  75201                          Telephone:     214.220.7700
Telephone: 214.953.3900                    Facsimile:     214.220.7716
Facsimile: 214.953.3901

*ATTORNEYS FOR PLAINTIFFS*                 *ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Agreed Motion for Leave to Exceed Page Limitations was served by ECF on the 19th day of September, 2008 on all counsel of record.

/Frank C. Brame _____
Frank C. Brame

Dallas 1443728v.1