# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CATHRYN ELAINE HARRIS, MARIO HERRERA, and MARYAM HOSSEINY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCKBUSTER INC.<br><br>Defendant. | §§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 2:08-cv-00155 |

## ORDER GRANTING AGREED MOTION FOR
## LEAVE TO EXCEED PAGE LIMITATIONS

Before the Court is the parties' Agreed Motion For Leave to Exceed Page Limitations. Having reviewed the Motion, the Court finds that the Motion is well taken and should be GRANTED. It is therefore ORDERED, ADJUDGED, AND DECREED:

Defendant's Reply to Plaintiffs' Response to Defendant's Motion to Compel Individual Arbitration may contain up to, but shall not exceed ten pages, excluding attachments. Plaintiffs' Surreply to Defendant's Reply may contain up to, but shall not exceed ten pages, excluding attachments.