**THE COREA FIRM, P.L.L.C.**
325 N. St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone: 214.953.3900
Facsimile: 214.953.3901
Thomas M. Corea
Texas Bar No. 24037906
Jeremy R. Wilson
Texas Bar No. 24037722
Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE UNITED STATES
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CATHRYN ELAINE HARRIS, MARIO HERRERA, and MARYAM HOSSEINY on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BLOCKBUSTER, INC.,<br>    Defendant | Civil Action No. 2:08-cv-00155<br><br>**JUDGE: DAVID FULSOM** |

**AGREED MOTION TO EXTEND DEADLINE TO FILE PLAINTIFFS' SUR-REPLY IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT'S <u>MOTION TO COMPEL ARBITRATION</u>**

  Plaintiffs hereby file this Agreed Motion to Extend Deadline to File Plaintiffs' Sur-Reply in Support of Plaintiffs' Response to Defendant's Motion to Compel Arbitration. Plaintiffs' Sur-Reply is presently due on Monday, September 29, 2008. Plaintiffs and Defendant agree to extend the deadline to Friday, October 3, 2008. Therefore, the Parties respectfully request that the Court extend its deadline to file Plaintiffs' Sur-Reply until Friday, October 3, 2008.

Respectfully submitted,

**THE COREA FIRM, PLLC**

/s/ Jeremy R. Wilson
Thomas M. Corea
Texas Bar No. 24037906
Jeremy R. Wilson
Texas Bar No. 24037722
The Republic Center
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone: 214.953.3900
Facsimile: 214.953.3901

**ATTORNEYS FOR PLAINTIFFS**

/s/ Frank C. Brame
Michael L. Raiff
Texas Bar No. 00784803
Frank C. Brame
Texas Bar No. 24031874
Vinson & Elkins L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: 214.220.7705
Facsimile: 214.999.7705

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded to opposing counsel via ECF on the 26TH day of September, 2008 on counsel of record for Defendant.

/s/ Jeremy R. Wilson
Jeremy R. Wilson