**THE COREA FIRM, P.L.L.C.**
325 N. St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone: 214.953.3900
Facsimile: 214.953.3901
Thomas M. Corea
Texas Bar No. 24037906
Jeremy R. Wilson
Texas Bar No. 24037722
Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE UNITED STATES
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CATHRYN ELAINE HARRIS, MARIO HERRERA, and MARYAM HOSSEINY on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>BLOCKBUSTER, INC.,<br>    Defendant | Civil Action No. 2:08-cv-00155<br><br>**JUDGE: DAVID FULSOM**<br><br>**ORDER** |

### ORDER

This matter is before the Court on Plaintiffs' Agreed Motion to Extend Deadline to File Plaintiffs' Sur-Reply in Support of Plaintiffs' Response to Defendant's Motion to Compel Arbitration. Having reviewed the matter, the Court has determined that Plaintiffs' Agreed Motion should be GRANTED. It is hereby ORDERED that Plaintiffs shall have until Friday, October 3, 2008 to file their Sur-Reply.

_____

PRESIDING JUDGE