**COPY**

United States District Court
Office of the Clerk
Eastern District of Texas

FILED-CLERK
U.S. DISTRICT COURT
2009 FEB -6 AM 11:09
TX EASTERN-MARSHALL
BY_____

David J. Maland
Clerk
January 27, 2009

100 E Houston Street
Marshall, TX 75670
903 935 2912

Clerk, Northern District of Texas
Earle Cabell Federal Bldg & Courthouse
1100 Commerce Street
Room 1452
Dallas, Texas 75242-1003

Case Number # 2:08cv255 Cathryn E Harris et al vs Blockbuster Inc.
Dear Clerk:

Pursuant to an order from our court, we are transferring to your District the above entitled cause of action. We are forwarding certified copies of the order of transfer and docket sheet.

In February 2004, the Eastern District of Texas implemented CM/ECF. You may access our electronic case file at the following web address: **http://ecf.txed.circ5.den.** You may log in using your Court's Pacer Login and Pacer Password, or use the login __ND/TX__ and password is ___transfer!___.

The login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat reader loaded on your computer in order to view the documents.

If you need help accessing our electronic file call our help desk at 1-903-794-8561.

Please acknowledge receipt of these documents on the copy of this letter and return it to this office in the enclosed envelope.

Sincerely,
David J. Maland, Clerk
By __ELIZABETH R. SMITH__
Deputy Clerk

Enclosures

Received items described above on this date   **FEB 3 2009**
and assigned Case Number **3-09CV0217-M**

Clerk, U.S. District Court
By _____